UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE ANTHONY BELL #240434,

    Plaintiff,

v.

HEIDI WASHINGTON, et al.,

    Defendants.
_____/

Hon. Ray Kent

Case No. 1:26-cv-00115-RSK

### CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER

Tyrone Anthony Bell #240434 has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Affidavit – ECF No. 6

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Tyrone Anthony Bell #240434 files a signature page (attached) within 21 days of the date of this order.

    IT IS SO ORDERED

Date: February 10, 2026

    /s/ Ray Kent_____
    RAY KENT
    U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE ANTHONY BELL #240434,

    Plaintiff,

v.

HEIDI WASHINGTON , et al.,

    Defendants.

_____/

Hon. Ray Kent

Case No. 1:26-cv-00115-RSK

**SIGNATURE PAGE FOR:**

Affidavit  – ECF No. 6

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.